ANDRES LAJAM, Respondent; *v.* ABRAHAM SAHDALA & SON CORPORATION, Appellant.

*Lajam* v. *Sahdala & Son Corporation*, 188 App. Div. 965, affirmed.

(Submitted December 5, 1919; decided January 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1919, affirming a judgment in favor of plaintiff entered upon a verdict. This action was brought to recover damages for the non-acceptance of a draft. The complaint alleged in substance that the plaintiff was a

trader doing business in the Dominican Republic and in New York city and other places, and that the defendant was engaged in the import and export commission and banking business in the city of New York; that in December, 1914, the defendant, as an inducement to procure the plaintiff to trade with the defendant, opened a credit in defendant's establishment in New York in favor of plaintiff and without limitation of time, in the sum of $2,000, to be utilized by the plaintiff by means of drafts or bills of exchange to be drawn by plaintiff on defendant, payable at sixty days' sight; that thereafter plaintiff drew his draft against defendant at sixty days which draft was duly presented for acceptance but that defendant " negligently, wilfully and wrongfully and in gross violation of its duty to plaintiff in the premises refused to accept the same;" that said draft was accordingly protested and the cost thereof paid by the plaintiff, who by reason of the premises suffered loss and damages to his credit and business standing, and great mental anxiety and suffering. As a defense defendant alleged that the alleged credit was merely an unaccepted offer of credit, and that the plaintiff never accepted or consented to the said offer and never paid the defendant any money, property or other consideration for said offer of credit, and that the minds of the parties never met; and further, that on or about March 26, 1915, and before the said draft was drawn, the defendant notified plaintiff that it withdrew and canceled the offer of credit.

*Benjamin Patterson* and *George Bell* for appellant.

*Perry Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.